IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVIS MICHAEL ORTIZ,**<br><br>                                    Petitioner,<br><br>        **v.**<br><br>**DAVID BAUGHMAN, Warden of**<br>**California State Prison - Sacramento,**<br><br>                                    Respondent. | Case No. 2:16-cv-00659-GEB-CKD<br><br>**ORDER GRANTING APPLICATION**<br>**FOR FIRST ENLARGEMENT OF TIME**<br>**WITHIN WHICH TO FILE AN ANSWER**<br>**TO THE PETITION FOR WRIT OF**<br>**HABEAS CORPUS** |

        IT IS HEREBY ORDERED that respondent's request for an extension of time is granted.

Respondent shall file their answer within 30 days.

Dated:  July 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting First Application for Extension of Time (Case #2:16-cv-00659-GEB-CKD)