UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MICHAEL ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondent. | No. 2:16-cv-0659 GEB CKD P<br><br><br><br>ORDER |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.  On December 5, 2016, petitioner filed a supplemental petition. Pursuant to Local Rule 220, the court does not permit supplemental pleadings.  In any case, it does not appear petitioner has exhausted state court remedies with respect to his new claims and the exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus.  28 U.S.C. § 2254(b)(1).

Accordingly, IT IS HEREBY ORDERED that the supplemental petition for writ of habeas corpus filed by petitioner on December 5, 2016 is stricken.

Dated: January 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/orti0659.sup