UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MICHAEL ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondents. | No. 2:16-cv-0659 GEB CKD P<br><br><br><br>ORDER |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The petition is fully briefed and submitted to the court for decision.

On January 4, 2018, petitioner filed another petition challenging the same conviction and sentence raising different claims. Petitioner did not file a motion providing a basis for granting leave to amend the petition which is already before the court and the new claims presented are not discernable; the claims do not make sense and petitioner's writing is, at times, unreadable. For these reasons, the January 4, 2018 petition will be stricken.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's January 4, 2018 petition for writ of habeas corpus is stricken.

Dated: January 10, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
orti0659.k